EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2004

at 12 o'clock and 05 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RENEE DANLEY,<br><br>　　　　Defendant. | ) CR. NO. CR04-00140 HG<br>)<br>) INDICTMENT<br>) [18 U.S.C. § 1028(a)(2)]<br>)<br>)<br>)<br>)<br>)<br>) |

INDICTMENT

The Grand Jury charges that:

On or about May 7, 2003, in the District of Hawaii, the defendant RENEE DANLEY did knowingly transfer in and affecting interstate and foreign commerce, a driver's license, to wit, a State of Hawaii learner's permit #--- -- 2238 in the name of "N.C.", knowing that such driver's license was produced without lawful authority.

In violation of Title 18, United States Code, Section 1028(a)(2).

DATE: _____4/1_____, 2004, Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_[signature]_
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Renee Danley
Cr. No. _____
INDICTMENT